UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00242 |
| | ) | JUDGE CAMPBELL |
| TERESA A. WEST | ) | |

## ORDER

Pending before the Court is a letter from the Defendant (Docket No. 314) requesting that the Court remove the "Public Safety Factor" that is preventing her from transferring to a camp facility where she can participate in an apprenticeship and other programs.

The Court did not impose the "Public Safety Factor" described by the Defendant in her letter. The Court has no opinion regarding the Defendant's place of incarceration, which is a decision for the Bureau of Prisons, and does not oppose the Defendant's participation in the programs she describes in her letter.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE